11 So.2d 166

**BIRMINGHAM ELECTRIC CO. v. M. A. WOOTEN.**

**6 Div. 920.**

Court of Appeals of Alabama.

Nov. 3, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

R. D. Coffman, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

1 So.2d 923

**Seab BLACKMON and Fannie Blackmon v. STATE.**

**4 Div. 647.**

Court of Appeals of Alabama.

April 8, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

6 So.2d 904

**Horace BLANCETT v. STATE.**

**8 Div. 217.**

Court of Appeals of Alabama.

Feb. 17, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

8 So.2d 898

**Walter Hobert BLANKENSHIP v. STATE.**

**6 Div. 877.**

Court of Appeals of Alabama.

May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

8 So.2d 898

**Mollie BOLTON v. STATE.**

**6 Div. 860.**

Court of Appeals of Alabama.

May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

1 So.2d 41

**Odell BOLTON v. STATE.**

**8 Div. 69.**

Court of Appeals of Alabama.

Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.